IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| ex rel. JOSEPH M. HEDLEY and | ) | |
| FRED A RAUCH, III, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:14-cv-02935-RDB |
| | ) | |
| v. | ) | |
| | ) | |
| ABHE & SVOBODA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Joint Motion for Withdrawal of March 19, 2018 Memorandum Opinion and Order ("Motion"), and for good cause shown, it is this _____ day of _____, 2018:

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED, that the Memorandum Opinion (Doc. 152) and Order (Doc. 153) entered on March 19, 2018 are hereby WITHDRAWN, and it is further

ORDERED, that the Judgment entered in connection with said Memorandum Opinion and Order is hereby VACATED.

_____
Richard D. Bennett
United States District Judge