IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, :
*ex rel.* JOSEPH M. HEDLEY and
FRED A. RAUCH, III
: 
      Plaintiffs,
:
v.                                 CIVIL NO.  RDB-14-2935
:
ABHE & SVOBODA, INC., :

      Defendants. :
...oOo...

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Relators and the Defendant, through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the claims, including attorneys' fees and costs, brought by Relators on behalf of the United States in the above-captioned case.

Respectfully submitted,

ROBERT K. HUR
United States Attorney

Dated: May 8, 2018        By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD 21201
Ph: (410) 209-4834

Counsel for the United States

Dated: May 8, 2018        _____
Gerald Martin
Harris Eisenstein
Rosenberg, Martin and Greenberg, LLP
25 S. Charles Avenue, Suite 2115
Baltimore, MD 21201

*Counsel for Relators Joseph Hedley and Fred Rauch*

Dated: May 8, 2018        _____
James Volling
Faegre, Baker and Daniels
2200 Wells Fargo Center,
90 South Seventh Street
Minneapolis, MN 55402

*Counsel for Defendant, Abhe & Svoboda, Inc*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of May, 2018, a copy of the foregoing Stipulation of Dismissal with Prejudice was served via operation of the Court's CM/ECF system on all counsel and parties receiving electronic notice of pleadings filed in this case.

*/s/ Gerard P. Martin*
Gerard P. Martin